IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES ex rel. BRINSON, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 14-7275 |
| | : | |
| UNIVERSAL HEALTH SERVICES, INC., et al. | : | |
| Defendant | : | |

## NOTICE

To:   Counsel of Record

TAKE NOTICE that a **Video Conference re: status** is scheduled in the above-captioned matters with Magistrate Judge David R. Strawbridge for **Friday, July 17, 2020 at 3:30 p.m.**

Counsel should be fully prepared to discuss their positions with respect to the release documentation on the substantive questions of non-disparagement, confidentiality, and liquidated damages. Counsel shall be prepared to provide authority supporting their position. It is the Court's hope and expectation that the current differences of opinion on these topics will be mitigated to the point where agreement can be reached. Clients need not appear on the video but must be available by phone should they be needed.

The Court will contact counsel with instructions on how to connect into the conference.

　　　　　　　　　　　　　　　　　　　　　  /s/ Danielle Puchon
　　　　　　　　　　　　　　　　　　　　　Danielle Puchon
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　267-299-7790 - phone

Date:   July 14, 2020
-Notice filed via ECF